UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ahmed Higazi,

        Plaintiff(s).

v.

Cadence Design Systems, Inc.,

        Defendant(s).
_____/

No. C07-2813 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set on **September 17, 2007** at **4:00 p.m.** is hereby **VACATED**.

Dated: July 2, 2007

        Richard W. Wieking, Clerk
        United States District Court

        *Lashanda Scott*
        _____
        By: Lashanda Scott - Deputy Clerk to
        Magistrate Judge Bernard Zimmerman

reassign.DCT