**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                           General Court Number
Clerk                                                                                                                  415.522.2000

**July 12, 2007**

**CASE NUMBER:  CV 07-02693 BZ**
**CASE TITLE:  ROBERT HENDERSON-v-ALAMEDA COUNTY MEDICAL CENTER**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/12/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                  Special Projects
Log Book Noted                                                         Entered in Computer 7/12/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                Transferor CSA