

FILED

2007 JUL 24  AM 11: 08

CLER...
NORTHERN...      ...ING
                 COURT
                 ...LIFORNIA

July 23, 2007

Clerk
U.S. District Court
1301 Clay St.
Suite 400 S
Oakland, CA
94612-5212

Re: Robert Henderson v. Alameda County Medical Center et al.
    case no. C-072693-CW
    previously submitted fee waiver

To Whom It May Concern:

As a 100 % disabled veteran, whose only income is federal disability income, I have requested a complete fee waiver of the above case.  38 USC § 5301 (a) (1) states: "Nonassignability and exempt status of (Veteran) benefits: (a) (1) Payments of benefits due or to become due under any law administered by the Secretary shall not be assignable except to the extent specifically authorized by law, and such payments made to, or on account of, a beneficiary shall be exempt from taxation, shall be exempt from the claim of creditors, and shall not be liable to attachment, levy, or seizure by or under any legal or equitable process whatever, either before or after receipt by the beneficiary." Fee waivers are routinely granted on this basis in all courts, both federal and state.

Despite this common practice, a federal magistrate denied the fee waiver in my case claiming 38 USC § 5301 (a) (1) did not authorize fee waivers.  I have earlier this month requested a review of the magistrate's decision by a U.S. District Court judge on nondispositive grounds. That request for review was served on all parties.

That magistrate also ordered I amend the complaint before July 27, 2007, to avoid dismissal of my complaint. Attached here is that amended complaint.  I am requesting a fee waiver now be applied and granted for the amended complaint.

*Robert Henderson*
Robert Henderson