

Robert Henderson, *in pro per*
2111 Williams St., apt. 105
Long Beach, CA 90810
(562) 760-6241

UNITED STATES DISTRICT COURT

Northern California

Oakland

Robert Henderson,
Plaintiff

Case no. C-072693-CW

v

Alameda County Medical Center,
Haapala, Altura, Thompson, Abern, L.L.P,
Defendants

Plaintiff motion for court-ordered default judgment

     As of September 6, 2007, neither of the defendants in the above titled case has provided any answer at all to the plaintiffs: First Amended Complaint, & Demand for Jury Trial. See attached Exhibit C; 'Declaration of Plaintiff Robert Henderson of September 6, 2007'.

     Defendant response to the complaint was due by August 2, 2007. Accordingly the plaintiff requests under Rule 55 (2), of the Federal Rules of Civil Procedure the court order a default judgment. The plaintiff further files in support of this motion, Exhibit I; 'Declaration of Damages suffered by Plaintiff Robert Henderson in U.S. District Court, Northern California, case no. C-072693-CW'.

*Robert Henderson*
Robert Henderson, *in pro per*

September 7, 2007

1

Exhibit C

Declaration of Plaintiff Robert Henderson of September 6, 2007

1. I, Robert Henderson, plaintiff *in pro per*, in U.S. District Court, Northern California, case no. C-072693-CW, declare the following:

2. The First Amended Complaint, & Demand for Jury Trial for case no. C-072693-CW was received by C. Pierce of the U.S. District Court Clerk's office, Oakland, CA, at 10:59 am on July 24, 2007. See attached Exhibit D; 'U.S. Express Mail receipt'.

3. The above complete complaint was served on both defendants by a person not a party to the proceedings at 11:08 am on July 23, 2007. See attached Exhibit E, 'U.S. Mail receipt for first-class time stamp service of both defendants, July 23, 2007'. See also Exhibit G, 'Proof of Service', dated July 23, 2007, and Exhibit H, 'Declaration of Edward H. Brandner of September 7, 2007'.

4. Both defendants' answer to the complaint was due by August 2, 2007.

5. There was no 'Waiver of Service' extending the 20 day time for either of the defendant's response.

6. As of September 6, 2007, neither defendant: Alameda County Medical Center, nor Haapala, Altura, Thompson, Abern, L.L.P, have served a response to complaint on the plaintiff.

I declare all of the above under penalty of perjury.

*Robert Henderson* (signature)
Robert Henderson                    September 7, 2007

2

Exhibit D

U.S. Express Mail receipt for First Amended Complaint, & Demand for Jury Trial for case no. C-072693-CW received by C. Pierce of the U.S. District Court Clerk's office, Oakland, CA, at 10:59 am on July 24, 2007.

Exhibit E

U.S. Mail receipt for first-class time stamp service of both defendants, July 23, 2007



Exhibit G

(one page attached)

'Proof of Service' of First Amended Complaint, & Demand for Jury Trial for case no. C-072693-CW, dated July 23, 2007,

## PROOF OF SERVICE BY FIRST-CLASS MAIL

I declare I am a resident of Los Angeles County, over 18. My address is 2121 Williams St., apt I, Long Beach, CA 90810. I am not a party to:

UNITED STATES DISTRICT COURT
Northern California, Oakland

Robert Henderson,
Plaintiff

Case no. C-972693-CW

V

Alameda County Medical Center,
Haapala, Altura, Thompson, Abern, L.L.P,
Defendants

I have placed true copies of 'First Amended Complaint and Demand for Jury Trial, with attached Exhibits A & B, in the above titled matter in the U.S. Mail with first-class postage attached, on July 23, 2007 at the U.S. Post Office, Long Beach, CA. These true copies were mailed to:

Clerk of the Hospital Authority Board
Alameda County Medical Center, (a Public Hospital Authority),
(Agent of Service for the John George Psychiatric Pavilion)
Fairmont Hospital
Executive Offices
15400 Foothill Boulevard
San Leandro, CA  94578

John E. Haapala (partner)
Haapala, Altura, Thompson, Abern, L.L.P
1939 Harrison St.
Oakland, CA  94612

Edward H. Brandner

July 23, 2007

Exhibit H

Declaration of Edward H. Brandner of September 7, 2007

1. I, Edward H. Brandner, declare the following:

2. All the above exhibits; D & E are true and accurate receipts provided me by the U.S. Postal Service.

3. As I declared above in Exhibit G; I provided timely service via first-class mail to: Clerk of the Hospital Authority Board, Alameda County Medical Center, (a Public Hospital Authority), (Agent of Service for the John George Psychiatric Pavilion), Fairmont Hospital, Executive Offices, 15400 Foothill Boulevard, San Leandro, CA 94578, & John E. Haapala (partner), Haapala, Altura, Thompson, Abern, L.L.P, 1939 Harrison St., Oakland, CA, 94612.

I declare all of the above under penalty of perjury.

*Edward H. Brandner* (signature)

Edward H. Brandner                                September 7, 2007

Exhibit I

Declaration of Damages suffered by Plaintiff Robert Henderson in U.S. District Court, Northern California, case no. C-072693-CW

1. Robert Henderson, plaintiff *in pro per*, in U.S. District Court, Northern California, case no. C-072693-CW, declare the following:
2. I have suffered needlessly critical and malicious compensatory and special damages at the hands of the defendant; Alameda County Medical Center, hereafter as AMC.
3. The plaintiff requests compensatory damages based his economic loss of an estimated initial and just settlement of $450,000 added to his current annual disability income of $29,640, for a total of $479,640, for his entirely preventable physical injury and pointless exacerbation of an obviously pre-existing mental condition resulting in additional life-threatening physical illnesses. AMC has purposefully prolonged the plaintiff's economic losses each additional year through their undisputed and continued fraud, willful neglect, malicious, and criminal acts. AMC, in the last 6.6 years, (time beginning with the plaintiff's needless suffering of his life-threatening injury; December 2, 2000, to filing of initial complaint in U.S. District Court May, 2007), has made absolutely no attempt to mitigate the plaintiff's damages. The plaintiff seeks a total award for his economic losses

covering the 6.6 years. By multiplying the annual $479,640 suffered by 6.6 years, the plaintiff requests the court grant a total award for economic losses of $3,165,624.

4. The plaintiff also requests compensatory damages based his non-economic loss for avoidable and excessive pain and suffering due to AMC's undisputed fraud, willful neglect, malicious, and criminal acts. These actions resulted in preventable, life-threatening, physical injury and pointless exacerbation of an obviously pre-existing mental condition resulting in additional grave physical illnesses. As a consequence of AMC's grave and purposeful actions the plaintiff seeks an award from the court equal twice the total of economic damages; $6,331,248.

5. In addition, the plaintiff requests award of the court for special damages for prejudgment interest of 5% on the total of items 3 & 4; $9,496,872 equaling $474,843.60

6. The total damages sought against the defendant AMC equal $9,971,715.60.

7. The plaintiff has suffered needlessly critical and malicious compensatory and special damages at the hands of the defendant; Haapala, Altura, Thompson, Abern, L.L.P, hereafter as HA. In addition, I am requesting award of punitive damages against HA for their purposefully unprofessional, unethical, and malevolent acts.

8. HA pointlessly exacerbated the plaintiff's VA documented and obviously pre-existing mental condition resulting in additional life-threatening

8

physical illnesses. AMC has purposefully prolonged the plaintiff's economic losses each additional year through their undisputed and continued fraud, willful neglect, malicious, and criminal acts. Accordingly, HA, in the last 6.6 years, (time beginning with the plaintiff's needless suffering of his life-threatening injury; December 2, 2000, to filing of initial complaint in U.S. District Court May, 2007), has made absolutely no attempt to mitigate the plaintiff's damages. Therefore the plaintiff seeks total award from the court for the total economic losses suffered by the plaintiff as $3,165,624.

9. The plaintiff also requests compensatory damages based his non-economic loss for avoidable and excessive pain and suffering due to HA's undisputed fraud, willful neglect, malicious, and criminal acts. These actions resulted in preventable, life-threatening, physical injury and pointless exacerbation of an obviously pre-existing mental condition resulting in additional grave physical illnesses. As a consequence of HA's grave and purposeful actions the plaintiff seeks an award equal to twice the total of economic damages; $6,331,248.

10. In addition, the plaintiff request special damages for prejudgment interest of 5% on the total of items 8 & 9; $9,496,872 equaling $474,843.60

11. The total compensatory and special damages sought against the defendant HA equal $9,971,715.60.

12. Further, due to HA's purposefully unprofessional, unethical, and malevolent acts as a private law firm exempt from immunity by conspiring

9

with their client; the plaintiff seeks a punitive damage award of twice that of the total above in item 11 equaling $19,943.430.

13. The total compensatory, special, and punitive damages sought against the defendant HA equal $29,915,145.60.

I declare all of the above under penalty of perjury.


*Robert Henderson*
Robert Henderson

September 7, 2007

## PROOF OF SERVICE BY FIRST-CLASS MAIL

I declare I am a resident of Los Angeles County, over 18. My address is 2121 Williams St., apt I, Long Beach, CA 90810. I am not a party to:

UNITED STATES DISTRICT COURT
Northern California, Oakland

Robert Henderson,
Plaintiff

Case no. C-972693-CW

V

Alameda County Medical Center,
Haapala, Altura, Thompson, Abern, L.L.P,
Defendants

I have placed true copies of 'Plaintiff motion for court-ordered default judgment' with attached Exhibits C, D, E, G, H & I, in the above titled matter in the U.S. Mail with first-class postage attached, on September 7, 2007 at the U.S. Post Office, Long Beach, CA. These true copies were mailed to:

Clerk of the Hospital Authority Board
Alameda County Medical Center, (a Public Hospital Authority),
(Agent of Service for the John George Psychiatric Pavilion)
Fairmont Hospital
Executive Offices
15400 Foothill Boulevard
San Leandro, CA 94578

John E. Haapala (partner)
Haapala, Altura, Thompson, Abern, L.L.P
1939 Harrison St.
Oakland, CA 94612

Edward H. Brandner

September 7, 2007

11