Change of venue Robert Henderson, *in pro per*
2111 Williams St., apt. 105
Long Beach, CA 90810
(562) 760-6241



FILED

OCT 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern California

Oakland

Robert Henderson,
Plaintiff

Case no. C-072693-CW

v

Alameda County Medical Center,
Haapala, Altura, Thompson, Abern, L.L.P,
Defendants

Plaintiff Motion for Change of Venue due to District Court's Abuse of Discretion

1. U.S. District Court: case no. C-072693, (hereafter; this Court) has adopted the Magistrate's ruling that VA income is not exempt income for court filing fees in open defiance of federal and California law and precedent. See attached: Amended Request to Precede IFP, (in *forma pauperis*), including Exhibit 1, hereafter together as; (plaintiff's IFP).

2. By freely choosing to deny a timely filing the plaintiff's Amended Complaint this Court has calculatingly created a manifest injustice for U.S. veterans.

Disenfranchisement of a veteran's civil rights to a judicious civil trial under the 7th Amendment to the U.S. Constitution is a manifest injustice. .

3. The U.S. Supreme Court has created three factors to be applied in determining a manifest injustice; they are: (1) the nature and identity of the parties, (2) the nature of their rights, and (3) the nature of the impact of the change in law upon those rights. See Bradley v Richmond School Bd, 416 U.S. 696.

4. The defendants are an Alameda, CA, county agency and their lawyers accused of conspiring to deny the plaintiff the protections of his civil rights. This Court has compounded both the civil rights violations and the plaintiff's injuries by changing the law to deny a timely opportunity for relief. As well, this Court's evasive defiance of a substantial body of law and precedent is a candid abuse of discretion. This Court's refusal to consider and serve a timely filed Amended Complaint, as demanded of the plaintiff by the Magistrate, and the following a timely filed Motion for Default Judgment were arbitrary, capricious, and broaden the manifest injustice to the plaintiff. As officers of the Court, the Magistrate and this Court, both are obliged to construe law and precedent broadly, yet have refused to do either. See Buffo v. Graddick, 742 F.2d 592.

5. The plaintiff filed his complaint in U.S. District Court for Northern California in good faith. Yet this required venue has resulted in a wholesale abuse of discretion contrary to an existing body of law and promoted a wholly discernible violation of the plaintiff's constitutional civil liberties. Clearly

this Court holds the reputation of its Alameda County colleagues of more importance than the guarantee of U.S. veterans' civil rights. The U.S. Court of Appeals for the 9th Circuit has already decided a party is entitled to a change of venue to prevent such a manifest injustice. See Aerojet-General v American Arbitration, 478 F.2d 248.

6. In considering a venue request in lieu of a uniform blanket denial, this Court is required to both examine the nature of the evidence to be presented, the importance of this evidence to a claim, and whether the need for a change of venue is the result of unreasonable conduct. This conduct is detailed in the plaintiff's IFP, and immediately above in items 4 & 5. See Campos v Reno, 43 F.3d 1285.

7. Accordingly, the plaintiff requests an immediate change of venue to U.S. District Court, Los Angeles, CA.

8. Should this Court deny the plaintiff's request for change of venue, he then requests this Court appoint an experienced attorney to represent him in prosecuting his claim as allowed by Court rules. The plaintiff requests that he further be allowed to amend his complaint to include additional and multiple violations of 42 USC §1985 against the defendants.

Robert Henderson     October 14, 2007

## PROOF OF SERVICE BY FIRST-CLASS MAIL

I declare I am a resident of Los Angeles County, over 18. My address is 2121 Williams St., apt I, Long Beach, CA 90810. I am not a party to:

UNITED STATES DISTRICT COURT<br>Northern California, San Francisco

Robert Henderson,
Plaintiff                                                    Case no. C-072693-CW

V

Alameda County Medical Center,
Haapala, Altura, Thompson, Abern, L.L.P,
Defendants

I have placed true copies of Amended Request to Precede IFP, (in *forma pauperis*), and Plaintiff Motion for Change of Venue due to District Court's Abuse of Discretion in the above titled matter in the U.S. Mail with first-class postage attached, on October 15, 2007 at the U.S. Post Office, Long Beach, CA. The true copies were mailed to:

Clerk of the Hospital Authority Board
Alameda County Medical Center, (a Public Hospital Authority),
(Agent of Service for the John George Psychiatric Pavilion)
Fairmont Hospital
Executive Offices
15400 Foothill Boulevard
San Leandro, CA 94578

John E. Haapala (partner)
Haapala, Altura, Thompson, Abern, L.L.P
1939 Harrison St.
Oakland, CA 94612

*Edward H. Brandner* (signature)

Edward H. Brandner                                           October 15, 2007