November 20, 2007



FILED

NOV 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Justice Anthony M. Kennedy
U.S. Supreme Court
Justice for the 9th Circuit
1 First Street, N. E.
Washington, DC 20543

Re: emergency request for extension of time

Justice Kennedy:

My name is Robert Henderson. I am a disabled veteran of the Vietnam War. The Secretary of Veteran Affairs has awarded me a rating of 100% service-connected disability and this award represents my entire income.

U.S. Supreme Court rule 40.1: provides that a veteran suing under any provision of law exempting veterans from the payment of fees or court costs, may proceed without prepayment of fees or costs or furnishing security. I filed *pro se*, a First Amended Complaint, & Demand for Jury Trial in U.S. District Court, Oakland, CA, case no. C-072693-CW. This complaint was received on July 24, 2007. The case was assigned Judge Wilken.

On October 3, 2007, Judge Wilken denied me the right to proceed without payment of court filing fees, claiming court fees are not waived when the litigant's income consists solely of veteran's benefits described in 38 USC § 5301 (a) (1). See the attached federal court order. Subsequently, Judge Wilken has now held my complaint hostage, in that I am prevented from proceeding further, for five months. I filed an official protest of Judge Wilken's conduct three weeks ago with the 9th Circuit Court of Appeals, but have had no answer.

The sole defendants in case no.C-072693-CW are the Alameda County Medical Center, (an Alameda County, California, public hospital authority), and Haapala, Altura, Thompson, Abern, LLP, (a private law firm in Oakland, CA). However my complaint is based on information currently held not only by the defendants', but the Stanford University Emergency Room in Stanford, CA, and the Secretary of Veteran Affairs. The statute of limitations requiring the below listed entities to retain the information my complaint is based on will expire on December 1, 2007. The information will then be destroyed. This information is pertinent to my complaint. By delaying filing of my complaint, and in-turn, permitting destruction of this information, Judge Wilken's actions directly and unfairly benefit the defendants.

1

In the interest of justice and equal protection of law, I am requesting that you immediately issue an order prohibiting any destruction of any and all information regarding: Robert Henderson, social security number 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, held by the below listed parties.

This prohibition order will allow me to timely appeal Judge Wilken's unlawful order barring the timely filing and hearing of my complaint.

The parties currently holding information of the requested order are:
1. John Haapala, (partner)
Haapala, Altura, Thompson, Abern, LLP
1939 Harrison St., Oakland, CA, 94612

2. Director; Stanford Emergency Department
300 Pasteur Drive Stanford, CA, 94305
(All records and follow-up contacts regarding the single visit of Robert Henderson to the Stanford Emergency Room.)

3. General Counsel (026),
VA Central Office, Washington, DC 20420
(All records and contacts regarding the single visit of Robert Henderson to the VA Outpatient Clinic, 2221 Martin Luther King Jr. Way, Oakland, CA, 94612).

4. Clerk of the Alameda County, CA, Hospital Authority Board; (a public hospital authority and agents for the John George Psychiatric Pavilion)
15400 Foothill Blvd, San Leandro, CA, 94578.


Thank you,

*Robert Henderson* (signature)

Robert Henderson

2111 Williams St., apt. 105
Long Beach, CA 90810
(562) 760-5341

Encl: federal court order (five pages)
Certificate of Service

ORIGINAL
FILED

OCT - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY MEDICAL CENTER and HAAPALA, ALTURA, THOMPSON, ABERN, LLP,<br><br>　　　　Defendants.<br>_____/ | No. C 07-2693 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S ORDER AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

　　　On May 21, 2007, Plaintiff Robert Henderson filed his complaint in this action. On June 28, 2007, the Magistrate Judge originally assigned to the case issued an Order Dismissing Complaint with Leave to Amend by July 27, 2007 and Requiring an Amended Application to Proceed *In Forma Pauperis* (IFP) (June 28, 2007 Order). On July 5, 2007, Plaintiff filed an objection to the June 28, 2007 Order and moved for a ninety-day extension to file an amended complaint. However, on July 24, 2007, Plaintiff filed a first amended complaint (FAC) within the time allotted in the June 27, 2007 Order. On September 10, 2007, Plaintiff filed a motion for default judgment based on the fact that none of the Defendants filed an answer. Having considered all of the papers filed by Plaintiff and the June 28, 2007 Order, the Court adopts the

Magistrate Judge's Order. Because Plaintiff's complaint has not yet been served on Defendants, Plaintiff's motion for default judgment is DENIED.

## BACKGROUND

In the June 28, 2007 Order, the Magistrate Judge ruled that Plaintiff failed to include enough information in his application to proceed IFP to allow a proper evaluation of whether the application should be granted or denied. The order provided detailed information regarding the deficiencies in the application to proceed IFP. The Magistrate Judge also concluded that, in his complaint, Plaintiff had failed to state a claim upon which relief could be granted and provided detailed information regarding the deficiencies in the complaint.

In his original complaint, Plaintiff sued Defendants Alameda County Medical Center and its attorneys on the ground that "they conspired to deny the plaintiff his right to a fair trial in a California court by omitting parts of the written record." Apparently, this allegation is related to the fact that Defendants denied, allegedly without reason, Plaintiff's request for permission to file a late claim in his state court action against them. Plaintiff does not indicate what the late claim was. Plaintiff also alleges that he is a veteran who suffers from combat-related Post Traumatic Stress Disorder (PTSD) and has been rated 100% disabled by the Department of Veterans' Affairs (VA). Based on these allegations, Plaintiff brought three claims: (1) violation of California Government Code § 946.6(c)(3) regarding exceptions for presenting late claims; (2) deprivation of his civil

2

rights, which are unspecified in the complaint; and (3) violation of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.

Plaintiff does not object to the Magistrate Judge's ruling that his allegations fail to state a claim upon which relief can be granted. Instead, he objects to the fact that the Magistrate Judge indicated that veterans' benefits are not exempt from court filing fee requirements: Plaintiff claims that 38 U.S.C. § 5301(a)(1) provides that court costs, including filing fees, are exempt.

Section 5301(a)(1) provides, in relevant part:

> Payments of benefits due or to become due under any law administered by the Secretary shall not be assignable except to the extent specifically authorized by law, and such payments made to, or on account of, a beneficiary shall be exempt from taxation, shall be exempt from the claim of creditors, and shall not be liable to attachment, levy or seizure by or under any legal or equitable process whatever . . .

38 U.S.C. § 5301(a)(1)

As indicated by the Magistrate Judge, this statute does not provide that veterans' benefits are exempt from court filing fees. Plaintiff argues that the non-assignability and anti-attachment provisions of § 5301(a)(1) have been interpreted by other courts as requiring waiver of all court costs. However, Plaintiff provides no authority for this interpretation of § 5301(a)(1) nor any evidence that other courts have interpreted it in this manner.

Therefore, the June 28, 2007 Magistrate Judge's Order is adopted in regard to the deficiencies in Plaintiff's application to proceed IFP.

3

## CONCLUSION

For the foregoing reasons, the Magistrate Judge's June 28, 2007 Order is adopted in regard to Plaintiff's request to proceed IFP. Therefore, Plaintiff must submit an amended request to proceed IFP remedying the deficiencies noted in the June 28, 2007 Order, or he must pay the filing fee. If he does neither by November 5, 2007, this case will be dismissed for failure to prosecute. Plaintiff's motion for default judgment (Docket # 14) is DENIED.

IT IS SO ORDERED.

Dated: 10/3/07

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HENDERSON et al,

    Plaintiff,

v.

ALAMEDA COUNTY MEDICAL CENTER et al,

    Defendant.

Case Number: CV07-02693 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Henderson
2111 Williams Street, Apt. 105
Long Beach, CA 90810

Dated: October 3, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

5

Certificate of Service

I, Robert Henderson, have placed true copies of my November 20, 2007, letter to Justice Anthony M. Kennedy, U.S. Supreme Court, Justice for the 9th Circuit, 1 First Street, N. E., Washington, DC 20543; emergency request for extension of time by first-class, U.S mail to all the following parties:

Clerk of the Hospital Authority Board for Alameda County Medical Center,
Fairmont Hospital
Executive Offices
15400 Foothill Boulevard
San Leandro, CA 94578

John E. Haapala (partner)
Haapala, Altura, Thompson, Abern, L.L.P
1939 Harrison St.
Oakland, CA 94612

Director of the Stanford Emergency Department
300 Pasteur Drive Stanford, CA, 94305

VA General Counsel
VA Central Office, Washington, DC 20420

Clerk of U.S. District Court
1301 Clay St. 400 S
Oakland, CA 94612

Clerk
U.S. Court of Appeals for the 9th Circuit
PO Box 193939
San Francisco, CA 94119-3939

Office of U.S. Solicitor General
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Office of California Attorney General
1300 I st.
Sacramento, CA, 94244

I declare the above on November 20, 2007, under penalty of perjury.

*Robert Henderson* (signature)

Robert Henderson

3