

Zill Williams 105
Long Beach, CA 90810

Clerk
U.S. District Court
1301 Cloy St. 400 S
Oakland, CA
94612

UNITED STATES
POSTAL SERVICE

0000    94612

U.S. POSTAGE
PAID
LONG BEACH, CA
90832
NOV 20, 07
AMOUNT
$0.97
0004714I-07