IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HENDERSON,

      Plaintiff,

   v.

ALAMEDA COUNTY MEDICAL CENTER, et al.,

      Defendants.
_____/

No. 07-02693 CW

ORDER OF DISMISSAL

On November 2, 2007, the Court issued an Order Denying Plaintiff's Motions for Change of Venue, for Reconsideration and for Appointment of Counsel and Allowing Plaintiff to File Amended In Forma Pauperis Application. Pursuant to that order, the Plaintiff was granted leave to file an IFP application in keeping with the Magistrate's instructions or Plaintiff could file the complaint as a paid complaint. If Plaintiff did not do either of those things within ten days from the date of the order, Plaintiff's case would be dismissed for failure to prosecute. The ten days has passed and Plaintiff has not filed an IFP application or a paid complaint. Accordingly,

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice for failure to prosecute.

Dated: 12/13/07

                                CLAUDIA WILKEN
                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HENDERSON et al,

        Plaintiff,

  v.

ALAMEDA COUNTY MEDICAL CENTER et al,

        Defendant.

Case Number: CV07-02693 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Henderson
2111 Williams Street, Apt. 105
Long Beach, CA 90810

Dated: December 13, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk