1

2

3

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND, CALIFORNIA



5 Robert Henderson,

6        Plaintiff,                                    no. 07-02693-cw

7        v.

8 ALAMEDA COUNTY MEDICAL CENTER, et al.,

9        Defendants                          NOTICE OF APPEAL

10

11        In its dismissal of the above complaint, District Court has failed to note the plaintiff

12 did timely file an *In Forma Pauperis* Application; which District Court in-turn unlawfully

13 denied.

14        Plaintiff hereby serves NOTICE OF APPEAL.

15        Plaintiff further requests his appeal be filed without payment of any filing fees, as

16 his entire income consists of 100% service-connected disability from his combat service

17 as a member of the United States Marine Corps.

18

19 *Robert Henderson*

20 Robert Henderson                          December 18, 2007

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY FIRST-CLASS MAIL

I have placed true copies of NOTICE OF APPEAL for case no. 07-02693-cw, in U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, in the U.S. Mail with first-class postage attached, on December _18_, 2007 at the U.S. Post Office, Long Beach, CA. The true copies were mailed to:

Clerk of the Hospital Authority Board
Alameda County Medical Center, (a Public Hospital Authority),
(Agent of Service for the John George Psychiatric Pavilion)
Fairmont Hospital
Executive Offices
15400 Foothill Boulevard
San Leandro, CA 94578

John E. Haapala (partner)
Haapala, Altura, Thompson, Abern, L.L.P
1939 Harrison St.
Oakland, CA 94612

_Robert Henderson_
Robert Henderson          December _18_, 2007