

Zill Williams, 105
Long Beach, CA
90810

Clerk
U.S. District Court
1301 Clay St. #400 S
Oakland, CA 90810

LONG BEACH
19 DEC 2007