Clear Form

2007 DEC 31 PM 3:00

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Henderson

          Plaintiff,

vs.

Alameda County Medical Center, et al

          Defendant.

CASE NO. C-07-2693-CW

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

ON APPEAL

    I, ROBERT HENDERSON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  ~~1986 — $5,000~~
3  _____
4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.  Business, Profession or             Yes ___ No ✓
8          self employment?
9      b.  Income from stocks, bonds,           Yes ___ No ✓
10         or royalties?
11     c.  Rent payments?                      Yes ___ No ✓
12     d.  Pensions, annuities, or              Yes ___ No ✓
13         life insurance payments?
14     e.  Federal or State welfare payments,    Yes ✓ No ___
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each. 100% VA DISABILITY: SERVICE
19 CONNECTED, ISSUED UNDER 38 USC § 5301 (a)(1)
20 and EXEMPT FROM FEDERAL MEANS test; U.S. Bankruptcy
21 COURT § 707 (b)(2)(D).
21 3.  Are you married?                       Yes ___ No ✓
22 Spouse's Full Name: ____N/A_____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.  a.  List amount you contribute to your spouse's support:$ ___N/A___
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

-2-

1         children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2     N/A

3

4   5.     Do you own or are you buying a home?     Yes ___  No ✓

5 Estimated Market Value: $ N/A     Amount of Mortgage: $ ___

6   6.     Do you own an automobile?     Yes ___  No ✓

7 Make N/A     Year ___     Model ___

8 Is it financed? Yes ___  No ___  If so, Total due: $ ___

9 Monthly Payment: $ N/A

10  7.     Do you have a bank account? Yes ✓  No ___  (Do not include account numbers.)

11 Name(s) and address(es) of bank: Washington Mutual Savings

12

13 Present balance(s): $ 900.00

14 Do you own any cash? Yes ___  No ✓  Amount: $ N/A

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)                            Yes ___  No ✓

17

18  8.     What are your monthly expenses?

19 Rent: $ 710.00     Utilities: $57.00

20 Food: $ 750.00     Clothing: $125.00

21 Charge Accounts:

22 Name of Account     Monthly Payment     Total Owed on This Account

23 N/A     $ ___     $ ___

24 ___     $ ___     $ ___

25 ___     $ ___     $ ___

26  9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 $37,500.00 personal loans

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CALIFORNIA Superior Crt., case no. 2001029086

" Appellate Crt. 1st. Dist., Div. 1: A109897

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DECEMBER 28, 2007        ROBERT HENDERSON
DATE                      SIGNATURE OF APPLICANT

## PROOF OF SERVICE BY FIRST-CLASS MAIL

I have placed true copies of APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL for case no. 07-02693-cw, and CIVIL APPEAL DOCKETING STATEMENT, to: Clerk, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 1301 Clay St., Suite 400S, Oakland, CA, 94612-5212, in the U.S. Mail with first-class postage attached, on December 29, 2007 at the U.S. Post Office, Long Beach, CA. Also on December 29, 2007, true copies of the above documents were mailed to:

Clerk of the Hospital Authority Board
Alameda County Medical Center, (a Public Hospital Authority),
(Agent of Service for the John George Psychiatric Pavilion)
Fairmont Hospital
Executive Offices
15400 Foothill Boulevard
San Leandro, CA  94578

John E. Haapala (partner)
Haapala, Altura, Thompson, Abern, L.L.P
1939 Harrison St.
Oakland, CA  94612

I declare all the above under penalty of perjury.

*Robert Henderson* [signature]
Robert Henderson            December 29, 2007