**United States District Court**
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   ROBERT HENDERSON,                      No. C 07-02693 CW

                                           ORDER DENYING
10         Plaintiff,                       PLAINTIFF'S
                                           APPLICATION TO
11      v.                                  PROCEED IN FORMA
                                           PAUPERIS ON APPEAL
12   ALAMEDA COUNTY MEDICAL CENTER ET AL,

13         Defendants.

14   _____/

15      Plaintiff Robert Henderson seeks to appeal in forma pauperis

16   (IFP) this Court's October 3, 2007 Order Adopting Magistrate

17   Judge's Order and Denying Motion for Leave to Proceed In Forma

18   Pauperis, and the November 2, 2007 Order Denying Plaintiff's

19   Motions for Change of Venue, for Reconsideration and for

20   Appointment of Counsel and Allowing Plaintiff to File and Amended

21   In Forma Pauperis Application, and the December 13, 2007 Order

22   Dismissing Case for failure to prosecute.  Applications for leave

23   to proceed in forma pauperis are governed by 28 U.S.C. § 1915(a)

24   which provides that:

25          (1) Any court of the United States may authorize the
            commencement . . . of any suit . . . or the appeal
26          therein, without prepayment of fees and costs or security
            therefore, by a person who makes an affidavit that
27          includes a statement of all assets such person possesses
            that the person is unable to pay such fees or give
28          security therefore.  Such affidavit shall state the

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

nature of the action, defense or appeal and affiant's belief that he is entitled to redress.

. . .

(3) An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.

In the October 3, 2007 Order, the Court adopted the Magistrate Judge's Order ruling that Plaintiff failed to include enough information in his application to proceed IFP to allow a proper evaluation of whether the application should be granted or denied. Plaintiff objected to the Magistrate Judge's ruling that Plaintiff's veterans' benefits are not exempt from court filing fee requirements. The Court explained that the statute cited by Plaintiff did not provide that veterans' benefits are exempt from court filing fees. The Court granted Plaintiff leave to submit an amended request to proceed IFP remedying the deficiencies noted in the Magistrate Judge's Order or, in the alternative, Plaintiff could pay the filing fee.

Instead of following the Court's ruling, Plaintiff filed a motion for change of venue and an amended motion to proceed IFP. The Court construed these as a motion for recusal and a motion for reconsideration, denied them and again granted Plaintiff leave to file an IFP application in keeping with the Magistrate's instructions, or, in the alternative, Plaintiff could file a paid complaint. Plaintiff did neither and on December 13, 2007, the Court dismissed Plaintiff's case for failure to prosecute.

Accordingly, Plaintiff concludes that Plaintiff's appeal is frivolous and DENIES his request to proceed IFP on appeal.

2

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONCLUSION

For the foregoing reasons, Plaintiff's request to proceed IFP on appeal is DENIED.

IT IS SO ORDERED.

Dated:   1/14/08

_____
CLAUDIA WILKEN
United States District Judge

3

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HENDERSON et al,

        Plaintiff,

  v.

ALAMEDA COUNTY MEDICAL CENTER et al,

        Defendant.

_____/

Case Number: CV07-02693 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert  Henderson
2111 Williams Street, Apt. 105
Long Beach,  CA 90810

Dated: January 14, 2008

                    Richard W. Wieking, Clerk
                    By: Sheilah Cahill, Deputy Clerk

4