**FILED**

## UNITED STATES COURT OF APPEALS

APR 15 2008

### FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT HENDERSON,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>ALAMEDA COUNTY MEDICAL<br>CENTER; et al.,<br><br>   Defendants - Appellees. | No. 07-17390<br><br>D.C. No. CV-07-02693-CW<br>Northern District of California<br>Oakland<br><br>ORDER |

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Before: FISHER and PAEZ, Circuit Judges.

The district court has certified that this appeal is not taken in good faith, and so has revoked appellant's in forma pauperis status. Our review of the record confirms that appellant is not entitled to in forma pauperis status for this appeal. *See* 28 U.S.C. § 1915(a).

Accordingly, within 21 days after the date of this order, appellant shall pay $455.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Failure to pay the fees will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

AT/MOATT

07-17390

Appellant's motion for appointment of counsel is denied because this appeal

does not present "exceptional circumstances" warranting the appointment of

counsel. *See* 28 U.S.C. § 1915(e)(1); *Wilborn v. Escalderon*, 789 F.2d 1328 (9th

Cir. 1986).   All other requests in appellant's January 22, 2008 filing entitled

"Request for Extraordinary Writ" are denied.

No motions for reconsideration, clarification, or modification of the above

denials shall be filed or entertained.

If appellant pays the fees as required and files proof of such payment in this

court, appellant shall simultaneously show cause why the judgment challenged in

this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6.  If appellant

pays the fees but fails to file a response to this order, the Clerk shall dismiss this

appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

If the appeal is dismissed for failure to comply with this order, the Clerk

shall not file or entertain any motion to reinstate the appeal that is not accompanied

by proof of payment of the docketing and filing fees and a response to the order to

show cause.

Briefing is suspended pending further order of this court.

AT/MOATT                         2