**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 13, 2008

CASE NUMBER:    **CV 07-02693 CW /USCA #07-17390**
CASE TITLE:    **Henderson -v- Alameda County Medical Center**
DATE MANDATE FILED:    5/13/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *[signature]*
Case Systems Administrator

Distribution:    CIVIL    -    Counsel of Record

NDC App-16